Edward McCutchan (SBN 119376)
**SUNDERLAND | McCUTCHAN, LLP**
412 Aviation Boulevard, Suite D
Santa Rosa, California 95403
Telephone: (707) 284-5524
Facsimile: (707) 284-5527

Attorneys for Plaintiff and Judgment Creditor
DONALD THORN

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SANTA ROSA DIVISION

| | |
|---|---|
| In re: | Case No.: 13-10923-AJ-7 |
| Javier Agusto and Heidi Erica Alvarez | A.P. No.: 13-01103 |
| Debtors./ | **PROPOSED ORDER GRANTING PLAINTIFF DONALD THORN'S MOTION FOR SUMMARY JUDGMENT** |
| Donald Thorn | |
| Plaintiff, | Date: April 4, 2014 |
| v. | Time: 9:00 a.m. |
| | Place: 99 South E Street |
| Javier Agusto and Heidi Erica Alvarez | Santa Rosa, California |
| Defendants./ | A.P. Filed: August 6, 2013 |
| | Trial Date: September 17, 2014 |
| | **Judge: Alan Jaroslovsky** |

On April 4, 2014, plaintiff Donald Thorn's motion for summary judgment against defendants, Javier Agusto Alvarez and Heidi Erica Alvarez came on regularly for hearing at 9:00 a.m. before the Honorable Alan Jaroslovsky, judge of the United States Bankruptcy Court located at 99 South E Street, Santa Rosa, California.

Appearing for plaintiff Donald Thorn was Edward McCutchan of Sunderland | McCutchan, LLP and for defendants Javier Agusto Alvarez and Heidi Erica Alvarez was Byron

Nelson of the Law Office of Carl Combs.

After review of all pleadings concerning this April 4, 2014 motion for summary judgment, the court's file and following oral argument, the court made the following order and decree.

IT IS HEREBY ORDERED that plaintiff Donald Thorn's summary judgment motion is granted. The June 22, 2012 Judgment and the October 10, 2012 Amended Judgment in Sonoma County Superior Court, case number SCV-246825 for $69,442.94 entered against defendants Javier Agusto Alvarez and Heidi Erica Alvarez is not dischargeable in bankruptcy under 11 U.S.C. § 523(a)(6) by virtue of the award of attorney's fees under California's Uniform Trade Secrets Act, California Civil Code § 3426.4 and In re Lopez (2007) 367 B.R. 99.

Plaintiff's counsel is to prepare a judgment of non-dischargeability in favor of plaintiff Donald Thorn and against defendants Javier Agusto Alvarez and Heidi Erica Alvarez under 11 U.S.C. § 523(a)(6) by virtue of California Civil Code § 3426.4 and In re Lopez, supra.

** END OF ORDER **

Case: 13-01103  Doc# 9-5  Filed: 02/20/14  Entered: 02/20/14 13:19:59  Page 2 of 2

2