Edward McCutchan (SBN 119376)
**SUNDERLAND | McCUTCHAN, LLP**
412 Aviation Boulevard, Suite D
Santa Rosa, California 95403
Telephone: (707) 284-5524
Facsimile: (707) 284-5527

Attorneys for Plaintiff and Judgment Creditor
DONALD THORN

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

| | |
|---|---|
| In re:<br><br>Javier Agusto and Heidi Erica Alvarez<br><br>      Debtors./<br>Donald Thorn<br><br>      Plaintiff,<br>v.<br>Javier Agusto and Heidi Erica Alvarez<br><br>      Defendants./ | Case No.: 13-10923-AJ-7<br><br>A.P. No.: 13-01103<br><br>**OBJECTIONS TO THE DECLARATION OF BYRON T. NELSON IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF DONALD THORN'S MOTION FOR SUMMARY JUDGMENT AND ALL EXHIBITS THERETO**<br><br>Date: April 4, 2014<br>Time: 9:00 a.m.<br>Place: 99 South E Street<br>    Santa Rosa, California<br><br>A.P. Filed: August 6, 2013<br>Trial Date: September 17, 2014<br><br>**Judge: Alan Jaroslovsky** |

   Plaintiff Donald Thorn objects to the March 17, 2014 declaration of Byron T. Nelson and all exhibits attached thereto in opposition to his motion for summary judgment set for hearing on April 4, 2014 on the following grounds:

   1.  The declaration and all exhibits are barred by judicial estoppel per the June 8, 2012 judgment and the October 10, 2012 amended judgment awarding attorney's fees in favor of

OBJECTIONS TO THE DECLARATION OF BYRON T. NELSON IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND EXHIBITS THERETO
1

Case: 13-01103 Doc# 15-1 Filed: 03/25/14 Entered: 03/25/14 09:02:04 Page 1 of 4

Plaintiff Donald Thorn and against defendants Javier Agusto Alvarez and Heidi Erica Alvarez under California Civil Code § 3426.4 in Sonoma County Superior Court case number SCV-246852. (See In re Lopez (2007) 367 B.R. 99)

The issue in this adversary proceeding as well as the motion for summary judgment is whether or not these two judgments stated above have judicial estoppel effect.

Date: March 20, 2014                SUNDERLAND | McCUTCHAN, LLP

_____
Edward McCutchan
Attorneys for Plaintiff and Judgment Creditor
DONALD THORN

---

OBJECTIONS TO THE DECLARATION OF BYRON T. NELSON IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND EXHIBITS THERETO

2

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SONOMA

I am employed in the County of Sonoma, State of California. I am over the age of 18 and not a party to the within action; my present address is: 412 Aviation Boulevard, Suite D, Santa Rosa, California 95403.

On March 24, 2014, I served the foregoing document described as **OBJECTIONS TO THE DECLARATION OF BYRON T. NELSON IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND ALL EXHIBITS THERETO** on the parties by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

### SEE ATTACHED SERVICE LIST

XX    By Regular U.S. Mail. The documents were placed for collection and mailing following ordinary business practice for deposit in the United States Postal Service in a sealed envelope with postage thereon fully prepaid, addressed as stated above.

___    By personal service. I caused each such envelope to be delivered by hand to the addressee(s) as stated above.

___    By facsimile transmitted from (707) 284-5527. The document transmission was reported as complete and without error.

___    By email or electronic transmission. I caused the document to be sent to the persons at the email addresses listed below. I did not receive within a reasonable time after the transmission any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on March 24, 2014, at Santa Rosa, California.

*/s/ Kathleen M. Dahl*
Kathleen M. Dahl

OBJECTIONS TO THE DECLARATION OF BYRON T. NELSON IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

3

Case: 13-01103　　Doc# 15-1　Filed: 03/25/14　Entered: 03/25/14 09:09:04　Page 3 of 4

In re: Javier Agusto Alvarez, Heidi Erica Alvarez
United States Bankruptcy Court Case No.: 13-10923-AJ-7

Attorneys for Defendants/Debtors: Javier Agusto Alvarez and Heidi Erica Alvarez

Carl E. Combs, Esq.
Byron T. Nelson, Esq.
Law Offices of Carl E. Combs
515 13th Street
Modesto, CA 95351

Tel: (209) 522-5400
Fax: (209) 522-0407
Email: combslawyer@gmail.com

OBJECTIONS TO THE DECLARATION OF BYRON T. NELSON IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND EXHIBITS THERETO

4